```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09083
   ZACHARY MATHEWS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3633

-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 04/14/2008 and was not confirmed.

   The case was dismissed without confirmation 05/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
-----------------------------------------------------------------------
WELLS FARGO BANK      NOTICE ONLY    NOT FILED           .00          .00
OPTION ONE MORTGAGE   CURRENT MORTG        .00           .00          .00
OPTION ONE MORTGAGE   SECURED NOT I   48378.01           .00          .00
PRO SE DEBTOR         DEBTOR ATTY          .00                        .00
TOM VAUGHN            TRUSTEE                                         .00
DEBTOR REFUND         REFUND                                          .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                     --------------       --------------
TOTALS                      .00                     .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```